# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| DENISE REMBERT, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 1:22-cv-01093 |
| | ) | |
| v. | ) | Removed from: |
| | ) | |
| AMERICAN CORADIUS INTERNATIONAL, LLC, | ) ) | |
| | ) | Cook County Circuit Court |
| | ) | Chancery Division |
| | ) | Case No.: 2021 CH 04301 |
| Defendant. | ) | |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant American Coradius International, LLC ("ACI"), by its attorneys, files this Notice of Removal to remove this action from the Circuit Court of Cook County, Chancery Division in Cook County, Illinois, to the United States District Court for the Northern District of Illinois. In support of this Notice of Removal, ACI states as follows:

1. Plaintiff, Denise Rembert, originally commenced this action by filing a Complaint against ACI in the Cook County Circuit Court, Chancery Division, captioned *Denise Rembert v*. *American Coradius International, LLC*, Case No.: 2021 CH 04301 on August 26, 2021. The complaint was served on ACI's registered agent on January 31, 2022. A true and correct copy of the Complaint is attached hereto as Exhibit A. No further proceedings before the state court have occurred.

2. For the reasons described below, this Court has jurisdiction over the state court action pursuant to 28 U.S.C. § 1331 because Plaintiff's Complaint alleges a cause of action arising under the laws of the United States.

3. Plaintiff alleges in her Complaint that ACI violated the Federal Debt Collection Practices Act due to ACI's allegedly unlawful collection activities concerning a debt which was owed by the Plaintiff.

4. The United States Supreme Court has affirmed that federal question jurisdiction exists when presented with a substantial federal question. *Grable & Sons Metal Prods., Inc. v. Darue Eng. & Mfg.*, 545 U.S. 308 (2005). Because Plaintiff seeks relief for a cause of action arising under a federal statute, the Complaint asserts a federal question under 28 U.S.C. § 1331 and 15 U.S.C. § 1692k, and it is therefore removable pursuant to 28 U.S.C. § 1441.

5. Plaintiff also alleges in her Complaint that ACI violated the Illinois Consumer Fraud Act, 815 ILCS § 505. This Court has supplemental jurisdiction, pursuant to 28 U.S.C. § 1367, over this cause of action because it is based on the same operative facts alleged in the Complaint with respect to Plaintiff's FDCPA claim and is so related to claims in the action within the Court's original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution.

6. This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b) in that it is being filed within January 31, 2022. *See* Exhibit B (state court docket).

7. The Cook County Circuit Court, Chancery Division is located within the federal Northern District of Illinois. Therefore, venue for purposes of removal is proper

because the United States District Court for the Northern District of Illinois embraces the place in which the removed action was pending. 28 U.S.C. § 1441(a).

8. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being caused to be served on Plaintiff, through her attorneys, at the address provided in the Complaint. Notice will also be promptly filed with the clerk of the Cook County Circuit Court, Chancery Division.

9. ACI files this Notice of Removal solely for the purpose of removing the state court action and does not waive, and specifically reserves, all defenses.

WHEREFORE, Defendant American Coradius International, LLC gives notice that this action is removed to the United States District Court for the Northern District of Illinois, and respectfully requests that no further proceedings in this matter be had in the Cook County Circuit Court, Chancery Division.

Date:  March 2, 2022                              Respectfully submitted,

<div style="margin-left: 3em;">

s/ *Morgan I. Marcus*
Morgan I. Marcus
Andrew E. Cunningham
Sessions, Israel & Shartle, LLC
141 West Jackson Boulevard, Suite 3550
Chicago, Illinois 60604
Telephone: (312) 578-0985
E-mail: mmarcus@sessions.legal
       acunningham@sessions.legal

*Attorneys for Defendant*
*American Coradius International, LLC*

</div>

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on March 2, 2022, I electronically filed the foregoing **Notice of Removal** with the Clerk of Court using the CM/ECF system. A copy of this document and all attachments are being delivered by electronic mail to Plaintiff's counsel at the following address:

Daniel Brown
Main Street Attorney, LLC
P.O. Box 247
Chicago, IL 60690
Ph: (773) 453-7410
daniel@mainstreetattorney.com

Michael Wood
Celetha Chatman
Community Lawyers LLC
980 N. Michigan Ave., Suite 1400
Chicago, IL 60611
Ph: (312) 757-1880
cchatman@communitylawyersgroup.com

                              Respectfully submitted,

                              s/ *Morgan I. Marcus*
                              Morgan I. Marcus

                              *Attorney for Defendant*
                              *American Coradius International, LLC*